# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEVI MASSEY**                                                    **PLAINTIFF**

V.                          NO. 4:21-cv-904-JM-ERE

**DOES**, *et al*.                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Massey's claims has been sent to United States District Judge James M. Moody. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion**

On October 5, 2021, Plaintiff Levi Massey, an inmate at the Cleburne County Detention Center, filed this § 1983 lawsuit *pro se* on behalf of himself and 13 other inmates, including Plaintiff Adam Flores.

On December 6, 2021, mail sent to Mr. Massey from the Court was returned

as "undeliverable." *Doc. 18.* Mr. Massey failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 2.*

On December 8, 2021, the Court ordered Mr. Massey to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 19.* To date, he has not responded to the Court's December 8 Order. Thus, the Court has no way to communicate with Mr. Massey regarding his lawsuit.

### III. Conclusion

The Court recommends that Mr. Massey's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's December 8, 2021 Order; and (3) prosecute this lawsuit.[1]

DATED this 12th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the Cleburne County Defendants is no longer obligated to provide the Court with Defendant Dustin Cole's last-known address, under seal. *Doc. 34.*