IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEVI MASSEY**                                                                                               **PLAINTIFF**

V.                          **NO. 4:21-cv-904-JM-ERE**

**DOES**, *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of January, 2022.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE